IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAEARTHA BANKS and ARIA**                                                **PLAINTIFFS**
**LAMBERT, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                                      No. 4:21-cv-429-JM

**CENTENE MANAGEMENT COMPANY, LLC,**                    **DEFENDANTS**
**and CENTENE CORPORATION**

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as an hourly worker for Centene Management Company, LLC, and Centene Corporation within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated overtime wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

                                                                 *[signature]*
                                                         **TAIWAN DICKERSON**
                                                         September 29, 2021

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**