# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| LAEARTHA BANKS and<br>ARIA LAMBERT, Each Individually<br>and on Behalf of all Others Similarly<br>Situated | PLAINTIFFS |
| v. | Case No. 4:21-CV-429-JM |
| CENTENE MANAGEMENT COMPANY<br>and CENTENE CORPORATION | DEFENDANTS |

## DEFENDANTS' MOTION TO DENY CONDITIONAL CERTIFICATION AND DISMISS FLSA COLLECTIVE CLAIM PURSUANT TO FED. R. CIV. P. 12(c)

Defendants Centene Management Company and Centene Corporation (collectively, "Centene") move this Court for an Order denying conditional certification under the Fair Labor Standards Act ("FLSA") and dismissing the FLSA collective action claim (Second Claim for Relief) from the Collective Action Complaint (Dkt. 1) pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Plaintiffs Laeartha Banks ("Banks") and Aria Lambert ("Lambert," and with Banks, "Plaintiffs") have not taken any action to pursue this case as a collective action, and they have missed the deadline for filing any motion for conditional certification. Plaintiffs have made no effort to seek an extension. Plaintiffs have abandoned their collective claims, and must be limited to moving forward with their individual claims only.

In support of its motion, Centene relies upon its contemporaneously filed supporting brief, which is incorporated herein by reference.

WHEREFORE, Centene Management Company and Centene Corporation move the Court for an Order denying conditional certification and dismissing the FLSA collective action claim (Second Claim for Relief) from the Collective Action Complaint (Dkt. 1).

Eva C. Madison (98183)
LITTLER MENDELSON, P.C.
217 E. Dickson Street, Suite 204
Fayetteville, AR  72701
Telephone:  479.582.6100
emadison@littler.com

Attorneys for Defendants
Centene Management Company and Centene Corporation

-2-