IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAEARTHA BANKS and ARIA**                                         **PLAINTIFFS**
**LAMBERT, Each Individually and on**
**Behalf of All Others Similarly Situated**


vs.                                        No. 4:21-cv-429-JM


**CENTENE MANAGEMENT COMPANY, LLC,**                    **DEFENDANTS**
**and CENTENE CORPORATION**

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### FIRST AMENDED AND SUBSTITUTED COMPLAINT

COMES NOW Plaintiffs Laeartha Banks and Aria Lambert, each individually and on behalf of all others similarly situated, by and through their attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, and for their Motion for Leave to File First Amended and Substituted Complaint, in support thereof, they do hereby state and allege as follows:

1.      Plaintiffs filed their Original Complaint on May 18, 2021. ECF No. 1.

2.      Plaintiffs hereby ask for leave to file a First Amended and Substituted Complaint pursuant to Rule 15(a)(2).

3.      The purpose of the First Amended and Substituted Complaint is to add Taiwan Dickerson and Kim King-Macon as plaintiffs in this case and to refine Plaintiffs' allegations, including their proposed collective definitions, to account for the added named plaintiffs.

4.      The proposed amendment, as discussed above, is timely; it would not unfairly prejudice Defendant, and it is for good cause.

Page 1 of 2
Laeartha Banks, et al. v. Centene Management Company, LLC
U.S.D.C. (E.D. Ark.) No. 4:21-cv-429-JM
Plaintiffs' Motion for Leave to File First Amended and Substituted Complaint

5.     Plaintiffs' proposed First Amended and Substituted Complaint is attached hereto as Exhibit 1.

WHEREFORE, premises considered, Plaintiffs Laeartha Banks and Aria Lambert respectfully request an Order of this Court granting them leave to file the First Amended and Substituted Complaint, and for such other relief as may be just and proper.

Respectfully submitted,

**LAERTHA BANKS and ARIA LAMBERT, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Laeartha Banks, et al. v. Centene Management Company, LLC
U.S.D.C. (E.D. Ark.) No. 4:21-cv-429-JM
Plaintiffs' Motion for Leave to File First Amended and Substituted Complaint