# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| LAEARTHA BANKS and ARIA LAMBERT | | PLAINTIFFS |
| VS. | No. 4:21-cv-429-JM | |
| CENTENE MANAGEMENT COMPANY and CENTENE CORPORATION | | DEFENDANTS |

## JOINT STATUS REPORT

Plaintiffs Laeartha Banks and Aria Lambert and Defendants Centene Management Company and Centene Corporation, by and through their respective undersigned counsel, submit the following Joint Status Report pursuant to the Court's Final Scheduling Order (ECF No. 35).

1. <u>Pending Motions</u>:  Defendants filed a motion for summary judgment on October 31, 2022 (ECF Nos. 26-31).  Plaintiffs filed their response on November 21, 2022 (ECF Nos. 36-37).  Defendants filed their reply on December 5, 2022 (ECF No. 38).  The motion remains pending.

2. <u>Mediation</u>:  The parties have not scheduled or conducted a mediation or settlement conference.

3. <u>Settlement Prospects</u>:  The parties do not anticipate having further settlement discussions at this time.

4. <u>Trial Setting</u>:  This case is scheduled for a bench trial during the week of July 31, 2023.  The parties estimate the trial will last approximately two days.

/ /

-2-

Dated this 6th day of June, 2023.

        Respectfully submitted,

        Josh Sanford (2001037)
        Daniel Ford (2014162)
        SANFORD LAW FIRM, PLLC
        One Financial Center
        650 South Shackleford, Suite 411
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040
        josh@sanfordlawfirm.com
        daniel@sanfordlawfirm.com

        Attorneys for Laeartha Banks and Aria Lambert

        and

        Eva C. Madison (98183)
        LITTLER MENDELSON, P.C.
        217 E. Dickson Street, Suite 204
        Fayetteville, AR  72701
        Telephone:  479.582.6100
        emadison@littler.com

        Breanne Sheetz Martell
        Brian Rho
        *(Admitted pro hac vice)*
        LITTLER MENDELSON, P.C.
        600 University St., Suite 3200
        Seattle, WA  98101
        Telephone: 206.623.3300
        bsmartell@littler.com
        brho@littler.com

        Attorneys for Centene Management Company, LLC and Centene Corporation