# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LAERTHA BANKS, Individually and on
Behalf of all Other Similarly Situated;
ARIA LAMBERT, Individually and on
Behalf of all Others Similarly Situated;
TAIWAN DICKERSON; and
KIM KING-MACON

v.                    No. 4:21-cv-429-DPM

CENTENE MANAGEMENT COMPANY,
LLC and CENTENE CORPORATION                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 September 2023