IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAEARTHA BANKS, and ARIA LAMBERT,                                             PLAINTIFFS
Each Individually and on Behalf of All Others Similarly
Situated;

vs.                                    Case No. 4:21-cv-00429-JM

CENTENE MANAGEMENT COMPANY LLC,
and CENTENE CORPORATION                                                        DEFENDANTS

**DECLARATION OF BREANNE MARTELL
IN SUPPORT OF DEFENDANTS' BILL OF COSTS**

I, Breanne Martell, declare under penalty of perjury that the following is true and correct:

1.     I am over the age of eighteen, of sound mind, capable of making this declaration, and have personal knowledge of the matters contained in this declaration.

2.     I am an attorney with the law firm of Littler Mendelson, PC. My firm and I represent CENTENE MANAGEMENT COMPANY, LLC and CENTENE CORPORATION ("Centene") in the above-captioned matter.

3.     In connection with our representation of Centene in this case, I am responsible for managing the costs and fees incurred by Centene in the above-captioned matter.

4.     The Bill of Costs, to which this declaration is attached, is a summary of the reasonable and necessary taxable costs incurred by Centene. Each item is correct and the services for which fees have been charged were actually and necessarily performed. The total taxable costs were $2,631.65.

5.     Plaintiffs LaEartha Banks and Aria Lambert ("Plaintiffs") filed this lawsuit on May 18, 2021. See Doc. No. 1. Plaintiffs' claims were dismissed when the Court granted Centene's

Motion for Summary Judgment on September 22, 2023.  See Doc. No. 43. The Clerk entered Judgment in the Civil Action on the same day.  See Doc. No. 43.

6.	Attached as **Exhibit 1** to this Declaration is a true and correct copy of documentation in support of costs necessarily incurred by Centene related to deposition transcripts pertaining to this matter.  Specifically, Centene paid $ 1,288.90 for the transcript of Plaintiff Banks' deposition and paid $1,342.75 for the transcript of Plaintiff Lambert's deposition, which was relied upon by both parties in their summary judgment briefing.  See Doc. Nos. 27-28 and 36-38.

7.	Centene seeks its taxable costs pursuant to Rule 54(d), which states that costs "should be allowed to the prevailing party."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 27th day of September, 2023.

*/s/ Breanne Martell*
Breanne Martell, WSBA #39632