# EXHIBIT 1

# YOM: Full Service Court Reporting - A Veritext Company

## VERITEXT
### LEGAL SOLUTIONS

Tel. 206.622.6875 Email: clientservices-YOM@veritext.com
Fed. Tax ID: 20-3132569

**Approved by:** _Breanne Sheetz Martell_
Date: _4/5/22_   Amount to pay: $ _1,288.90_
TMKPR/EMPLOYEE#: _03568_
Charge to Client Code or GL Code:
_095402.1020 (Centene/Banks-Lambert)_

**Description:** _Court reporter fee for Banks dep_
_____
_____

For Accounts Payable use only:
Vendor number_____
Voucher Number_____

Bill To:  Breanne Sheetz Martell
Littler Mendelson PC
600 University St.
Suite 3200
Seattle, WA, 98101-3122

| | |
|---|---|
| **Invoice #:** | **5684837** |
| **Invoice Date:** | **4/1/2022** |
| **Balance Due:** | **$1,288.90** |

| | |
|---|---|
| **Case: Banks, Laeartha, Et Al v. Centene Management Company, LLC (4:21CV00429JM)** | **Proceeding Type: Depositions** |

Job #: 5146228  |  Job Date: 3/22/2022  |  Delivery: Normal

Client Matter #:     059402-1020

Location:        Little Rock, AR

Billing Atty:    Breanne Sheetz Martell

Scheduling Atty:   Breanne Sheetz Martell | Littler Mendelson PC

| Witness: LaEartha Banks | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 82.00 | $5.30 | $434.60 |
| Exhibits | 76.00 | $0.55 | $41.80 |
| Litigation Package-Secure File Suite | 1.00 | $37.50 | $37.50 |
| Attendance (First 2 Hours) | 1.00 | $100.00 | $100.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |
| | **Quantity** | **Price** | **Amount** |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,288.90** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,288.90** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5684837** |
| **Invoice Date:** | **4/1/2022** |
| **Balance Due:** | **$1,288.90** |

53791

# YOM: Full Service Court Reporting - A Veritext Company

**VERITEXT**
LEGAL SOLUTIONS

Tel. 206.622.6875 Email: clientservices-YOM@veritext.com
Fed. Tax ID: 20-3132569

Approved by: Breanne Sheetz Martell
Date: 4/13/22   Amount to pay: $ 1,342.75
TMKPR/EMPLOYEE#: 03568
Charge to Client Code or GL Code:
095402.1020

Description: Court reporter fees for Lambert
3/21/22 dep.

For Accounts Payable use only:
Vendor number_____
Voucher Number_____

Bill To:  Breanne Sheetz Martell
Littler Mendelson PC
600 University St.
Suite 3200
Seattle, WA, 98101-3122

| | |
|---|---|
| **Invoice #:** | **5699299** |
| **Invoice Date:** | **4/11/2022** |
| **Balance Due:** | **$1,342.75** |

| | |
|---|---|
| **Case: Banks, Laeartha, Et Al v. Centene Management Company, LLC (4:21CV00429JM)** | **Proceeding Type: Depositions** |

Job #: 5146190  |  Job Date: 3/21/2022  |  Delivery: Normal

Client Matter #:                059402-1020

Location:        Little Rock, AR

Billing Atty:       Breanne Sheetz Martell

Scheduling Atty:     Breanne Sheetz Martell | Littler Mendelson PC

| Witness: Aria Lambert | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 59.00 | $5.00 | $295.00 |
| Exhibits | 255.00 | $0.55 | $140.25 |
| Litigation Package-Secure File Suite | 1.00 | $37.50 | $37.50 |
| Appearance (Minimum) | 1.00 | $150.00 | $150.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |
| | **Quantity** | **Price** | **Amount** |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,342.75** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,342.75** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5699299** |
| **Invoice Date:** | **4/11/2022** |
| **Balance Due:** | **$1,342.75** |

53791