IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAERTHA BANKS and ARIA LAMBERT,
Each Individually and on Behalf of all
Others Similarly Situated                                        PLAINTIFFS

v.                            No. 4:21-cv-429-DPM

CENTENE MANAGEMENT COMPANY,
LLC and CENTENE CORPORATION                          DEFENDANTS

ORDER

Centene's opposed request for $2,631.65 in deposition-related expenses, *Doc. 45*, is granted. Centene prevailed, which creates a presumptive entitlement to costs. *Concord Boat Corp. v. Brunswick Corp.*, 309 F.3d 494, 498 (8th Cir. 2002). Banks and Lambert say that the company is better situated than them to bear the costs of litigating their good faith claims against it. True. But they have not offered any evidence that they can't pay for their depositions. That kind of evidence could make a difference. *Doc. 112* in *Norman v. Independent Case Management, Inc.*, Case No. 4:20-cv-492-DPM (E.D. Ark. 7 July 2022); *Doc. 67* in *Thomas v. Viskase Companies, Inc.*, Case No. 3:19-cv-371-DPM (E.D. Ark. 11 January 2022). As the record stands, the presumption controls; the equities do not favor requiring the company to pay these necessary case-related expenses. The Court therefore

awards Centene $1,288.90 in costs due from Banks and $1,342.75 due from Lambert.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 April 2024